**Joshua Bernard JOHNS,**
**Plaintiff–Appellant,**

v.

**Nancy MATTHEW; M. Love; Mr. Trend; Sergeant Tucker; Sergeant Barnett; Captain Hill; E.B. Walker; Major Vaughn, Defendants–Appellees.**

No. 02–6939.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 26, 2002.

Joshua Bernard Johns, Appellant Pro Se.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joshua Bernard Johns appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp.2001) complaint for failure to state a claim. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Johns v. Matthew,* No. CA–02–342–AM (E.D.Va. May 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*